**UNITED STATES DISTRICT COURT**
for
**NORTHERN DISTRICT OF TEXAS**

## Request for Modifying the Conditions or Term of Supervision
## With Consent of the Person Under Supervision
*(Probation Form 49, Waiver of Hearing is Attached)*

| | | | |
|---|---|---|---|
| Person Under Supervision: | Omer Kuzu | Case No.: | 3:19-CR-00327-M(1) |
| Name of Sentencing Judge: | Senior U.S. District Judge Barbara M. G. Lynn | | |
| Date of Original Sentence: | 9/12/2024 | | |
| Original Offense: | Conspiracy to Provide Material Support to a Designated Foreign Terrorist Organization, 18 U.S.C. § 2339B, a Class C felony. | | |
| Original Sentence: | 84 months custody, 8-years of supervised release | | |
| Revocations: | None | | |
| Type of Supervision: | Supervised Release | Date Supervision Commenced: | March 12, 2025 |
| Assistant U.S. Attorney: | Errin Martin | Defense Attorney: | Jason Hawkins (Court appointed) |

## Petitioning The Court As Follows:

☒ To modify the conditions of supervision as follows:

**Special Condition**: The defendant shall submit to the defendant's person, property, house, residence, vehicle, papers, computers, cell phones, other electronic communication or data storage devices or media, email accounts, social media accounts, cloud storage accounts, or other areas under the defendant's control, to a search conducted by a United States Probation Officer or law enforcement officer. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. Any search pursuant to this condition will be conducted at a reasonable time and in a reasonable manner upon reasonable suspicion that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation.

**Special Condition**: All computers, computer-related devices, and their peripheral equipment, used by the defendant shall be subject to search, seizure and computer monitoring. This shall not apply to items used at the employment site that are maintained and monitored by the employer.

**Special Condition**: The defendant shall participate and comply with the requirements of the Computer and Internet Monitoring Program and shall pay the cost of the program. The defendant shall consent to the probation officer's conducting ongoing monitoring of his computer/computers. The monitoring may include the installation of hardware and/or software systems that allow evaluation of computer use. The defendant shall not remove, tamper with, reverse engineer, or circumvent the software in any way. The defendant shall only use authorized computer systems that are compatible with the software and/or hardware used by the Computer and Internet Monitoring Program. The configuration, management, and monitoring of the computer devices shall be specific to the defendant's Court-ordered conditions, risk and needs, and cybercrime management requirements. The defendant shall permit the probation officer to conduct a preliminary computer search prior to the installation of software. At the discretion of the

probation officer, the monitoring software may be disabled or removed at any time during the term of supervision.

**Special Condition**: The defendant shall not use any software program or device designed to hide, alter, or delete records/logs of his computer use, Internet activities, or files stored on his assigned computer(s) and phone(s). This includes the use of encryption, use of private browsing modes (e.g., Incognito Mode, private windows, Tor, TAILS, etc.), steganography, file erasing, file shredding, secure file deletion, and cache/cookie removal software without prior written approval from the United States Probation Office.

**Special Condition**: The defendant shall possess and use only those digital devices, screen usernames, email accounts, social media accounts, messaging applications, and cloud storage accounts, as well as any passwords or passcodes for all such digital devices and accounts, that have been disclosed to the Probation Officer upon commencement of supervision. Any new devices, accounts, applications, passwords, or passcodes are to be disclosed to the Probation Officer prior to the first use. A digital device is any electronic system or device that can access, view, obtain, store, or transmit digital data related to extremist or radicalized ideology. All digital devices that can access the internet need to be either Android or Windows based software. (Note: Android and Windows devices are better suited for computer monitoring than iOS or Apple/MAC products.)

**Special Condition**: The defendant shall participate in mental health treatment, which may include evaluation and counseling, until discharged from the treatment by the treatment provider, with the Probation Officer's approval. The Probation Officer shall disclose any mental health evaluations to the treatment provider.

## Cause

Omer Kuzu has requested to transfer to the Central District of California. Prior to their office accepting supervision, the Central District of California is respectfully requesting the conditions of Mr. Kuzu's supervised release be modified to include the aforementioned conditions so that their office can adequately supervise him in the community.

On July 25, 2025, Mr. Kuzu was presented with a Probation Form 49, Waiver of Hearing to Modify Conditions of Supervised Release to include the aforementioned conditions. Mr. Kuzu consented to the modification of his conditions of supervision as evidenced by his signature on the Probation Form 49 Waiver, which is attached for the Court's review.

I declare under penalty of perjury that
the foregoing is true and correct.

Executed on August 5, 2025
Respectfully submitted,

_DeAundra King_

DeAundra King
Supervising U.S. Probation Officer
Phone: 214-753-2516

Approved,

_DeAundra King_

DeAundra King
Supervising U.S. Probation Officer
Phone: 214-753-2516

**Order of the Court:**

☐    No Action

☐    The extension of supervision as noted above.

☒    The modification of conditions as noted above.

☐    Other or Additional:

☐    File under seal until further order of the Court.

_Karen Gren Scholer_

The Honorable Karen Gren Scholer
U.S. District Judge

     August 7, 2025

Date

DK

*Attachment

# UNITED STATES DISTRICT COURT
## For the
## NORTHERN DISTRICT OF TEXAS

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extended Term of Supervision

United States of America

v.                                                    Criminal No:    3:19CR00327-1

Omer Kuzu

     I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel" I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I also understand I have the right to contact an attorney prior to signing this waiver.

     I hereby knowingly and voluntarily waive my right to consult an attorney before signing this waiver and I knowingly and voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall submit to the defendant's person, property, house, residence, vehicle, papers, computers, cell phones, other electronic communication or data storage devices or media, email accounts, social media accounts, cloud storage accounts, or other areas under the defendant's control, to a search conducted by a United States Probation Officer or law enforcement officer. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. Any search pursuant to this condition will be conducted at a reasonable time and in a reasonable manner upon reasonable suspicion that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation.

All computers, computer-related devices, and their peripheral equipment, used by the defendant shall be subject to search, seizure and computer monitoring. This shall not apply to items used at the employment site that are maintained and monitored by the employer.

The defendant shall participate and comply with the requirements of the Computer and Internet Monitoring Program and shall pay the cost of the program. The defendant shall consent to the probation officer's conducting ongoing monitoring of his computer/computers. The monitoring may include the installation of hardware and/or software systems that allow evaluation of computer use. The defendant shall not remove, tamper with, reverse engineer, or circumvent the software in any way. The defendant shall only use authorized computer systems that are compatible with the

software and/or hardware used by the Computer and Internet Monitoring Program. The configuration, management, and monitoring of the computer devices shall be specific to the defendant's Court-ordered conditions, risk and needs, and cybercrime management requirements. The defendant shall permit the probation officer to conduct a preliminary computer search prior to the installation of software. At the discretion of the probation officer, the monitoring software may be disabled or removed at any time during the term of supervision.

The defendant shall not use any software program or device designed to hide, alter, or delete records/logs of his computer use, Internet activities, or files stored on his assigned computer(s) and phone(s). This includes the use of encryption, use of private browsing modes (e.g., Incognito Mode, private windows, Tor, TAILS, etc.), steganography, file erasing, file shredding, secure file deletion, and cache/cookie removal software without prior written approval from the United States Probation Office.

The defendant shall possess and use only those digital devices, screen usernames, email accounts, social media accounts, messaging applications, and cloud storage accounts, as well as any passwords or passcodes for all such digital devices and accounts, that have been disclosed to the Probation Officer upon commencement of supervision. Any new devices, accounts, applications, passwords, or passcodes are to be disclosed to the Probation Officer prior to the first use. A digital device is any electronic system or device that can access, view, obtain, store, or transmit digital data related to extremist or radicalized ideology. All digital devices that can access the internet need to be either Android or Windows based software. (Note: Android and Windows devices are better suited for computer monitoring than iOS or Apple/MAC products.

The defendant shall participate in mental health treatment, which may include evaluation and counseling, until discharged from the treatment by the treatment provider, with the Probation Officer's approval. The Probation Officer shall disclose any mental health evaluations to the treatment provider.

Witness: _____     Signed: _____
Charita M. Daniels                                      Omer Kuzu
U.S. Probation Officer                                Probationer or Supervised Releasee


July 25, 2025
Date

2